Opinion filed December 19, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00357-CR

_____

## BONIFACIO RODRIGUEZ, JR. A/K/A JUAN FONIFACIO RODRIGUES, JR. A/K/A BONIFACIO RODRIGUEZ HERNANDEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-39,164**

**M E M O R A N D U M   O P I N I O N**

Appellant filed an untimely pro se notice of appeal from his conviction for the offense of possession of cocaine. We dismiss the appeal.

The documents on file in this case indicate that Appellant's sentence was imposed on July 15, 2013, and that his pro se notice of appeal was filed in the

district clerk's office on November 18, 2013. When the appeal was filed in this court, we notified Appellant by letter that the notice of appeal appeared to be untimely. We requested that Appellant respond on or before December 4, 2013, and show grounds to continue this appeal. We also informed him that the appeal may be dismissed for want of jurisdiction. Appellant has not responded.

Pursuant to TEX. R. APP. P. 26.2, Appellant's notice of appeal was due to be filed within thirty days after the date that his sentence was imposed in open court. A notice of appeal must be in writing and filed with the clerk of the trial court. TEX. R. APP. P. 25.2(c)(1). Appellant's notice of appeal was filed with the clerk of the trial court 126 days after sentence was imposed and was, therefore, untimely. Absent a timely filed notice of appeal or the granting of a timely motion for extension of time, we do not have jurisdiction to entertain the appeal. *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108 (Tex. Crim. App. 1993). Because we have no jurisdiction, we must dismiss the appeal.

This appeal is dismissed for want of jurisdiction.

PER CURIAM

December 19, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2